## BROADWAY *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 30, September Term, 1962.]

*Decided November 19, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY and SYBERT, JJ.

PER CURIAM.

For the reasons set forth in the opinion of Judge Anderson on the petition below, the application for leave to appeal is hereby denied.

*Application denied.*